UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 3:18-CR-138 JD |
| ) | |
| SVEN ERIC MARSHALL ) | |

**ORDER**

In light of the government's status report and the filings on the defendant's motion to set a sentencing hearing [DE 70], the Court orders the government to complete its review of the files at issue and submit a new version of the offense conduct to probation by January 31, 2020, for preparation of a new Presentence Report. The Court agrees with the government that the need to identify victims and account for any restitution justify the delays, but a deadline is appropriate to ensure the matter proceeds towards a conclusion. The Court declines to set a sentencing hearing at this time, as that would be premature before probation has had an opportunity to prepare and issue a new Presentence Report and it is apparent what issues need to be resolved. The government indicates, however, that it is prepared to proceed to a hearing on the defendant's objection to the investment adviser enhancement. If the defendant wishes to request a hearing on that particular issue, he may move for such a hearing.

SO ORDERED.

ENTERED: December 20, 2019

/s/ JON E. DEGUILIO
Judge
United States District Court