UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE No.3:18CR138 JD-MGG |
| ) | |
| SVEN ERIC MARSHALL, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pending before the Court is the Defendant's Amended Emergency Motion for Release [DE 93], and the Court scheduled a telephonic hearing for March 18, 2020. Appearing for the hearing on behalf government was Assistant United States Attorney Luke R. Reilander, and on behalf of the Defendant was Donald J. Schmid. The Government orally waived its opportunity to file a response, and the Defendant agreed to proceed with a telephonic hearing on an emergency basis.

The Court, having considered the motion, the supplemental brief, and the arguments of counsel, **FINDS** that the potential for the Defendant to contract the COVID-19 virus or a related coronavirus is no greater in the St. Joseph County Jail than in the general population within the Michiana area. The Court further **FINDS** that the jail has not reported any cases of COVID-19 or a related coronavirus, and that the jail has adopted various contagions-prevention protocol to protect against the exposure, transmission, and spread of those types of viruses. The warden of the jail is **DIRECTED** to notify this Court of any reported case of COVID-19 (or a related coronavirus) within the jail, and it is requested that the warden pre-isolate any individual—like

the defendant—who has a heightened risk to contract COVID-19 or related coronavirus.  Based on the forgoing the Defendant's Emergency Motion for Release is **DENIED** without prejudice.

SO ORDERED this March 18, 2020.

s/Michael G. Gotsch, Sr.  
Michael G. Gotsch, Sr.  
United States Magistrate Judge