UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SVEN ERIC MARSHALL, )<br>)<br>Defendant )<br>_____) | Case No. 3:18-cr-138 JD-MG |

**DEFENDANT MARSHALL'S NOTICE OF APPEAL TO
DISTRICT COURT OF DENIAL OF EMERGENCY MOTION FOR RELEASE**

Comes now the defendant, Sven Eric Marshall, by and through his counsel Donald J. Schmid, to give notice of his appeal to the district court of the denial of his emergency motion for release (DE 93).

On March 13, 2020, defendant Sven Marshall filed an emergency motion for release from the St. Joseph County Jail on bond and other releases conditions. (DE 105.)  Defendant Marshall filed a supplemental brief on March 17, 2020. (DE 97.)

On March 18, 2020, after a telephonic hearing on the matter, the Magistrate Judge denied the defendant's motion. (DE 98, 99.)

The defendant now appeals that denial of his emergency motion for release from the St. Joseph County Jail. The defendant seeks expedited consideration of

1

the matter before the district court because of the serious risks to the health and safety of the defendant by his continued detention.

Dated: March 19, 2020

                                Respectfully submitted,

                                /s/  *Donald J. Schmid*
                              _____
                              Donald J. Schmid
                              Attorney for Defendant Marshall

Law Offices of Donald J. Schmid
1251 N. Eddy Street, Suite 200
South Bend, Indiana 46617
574-993-2280
schmid@donaldschmidlaw.com