UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-CR-138 JD |
| ) | |
| SVEN ERIC MARSHALL, ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES'S STATUS REPORT

Comes now the United States of America by Thomas L. Kirsch II, United States Attorney for the Northern District of Indiana, through Luke N. Reilander, Assistant United States Attorney, to file the following Status Report.

On May 25, 2020, the government filed a Status Report (D.E. 108), in which it informed the Court that the filter team was planning on traveling to South Bend on May 28 to conduct another review of the filter records pursuant to the Court's April 6th Order (D.E. 107).

On May 28, 2020, a three-member filter team spent the entire day extracting all remaining non-privileged documents. They have now produced these documents to the prosecution team. These non-privileged documents constitute approximately 18 bankers' boxes of files.  The documents are Mr. Marshall's personal records, records for his family, billing records, tax

records, advertising and business invoices, and other non-privileged business records.

Due to the COVID-19 crisis, the U.S. Marshal's Office has informed the government that it cannot transport Mr. Marshall himself out of the jail to the courthouse in order to inspect any documents until the courthouse opens up again to the public in July. Accordingly, the U.S. Marshal's Office has arranged a transport of Mr. Marshall to the courthouse on July 1, 2020, which is the earliest time possible. In the meantime, the government has advised counsel for the Defendant that the documents are available at the courthouse for defense counsel's inspection at any time mutually convenient to defense counsel and the government.

The government continues to be ready to proceed to sentencing.

Dated: June 4, 2020

>Respectfully submitted,
>
>THOMAS L. KIRSCH II
>UNITED STATES ATTORNEY
>
>By: s/*Luke N. Reilander*
>Luke N. Reilander
>Assistant United States Attorney
>United States Attorney's Office
>204 S. Main Street, Room M01
>South Bend, Indiana 46601
>Telephone: 574-236-8287
>Email: Luke.Reilander@usdoj.gov