UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:18-CR-138 JD |
| | ) | |
| SVEN ERIC MARSHALL, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Comes now the United States of America by Thomas L. Kirsch II,

United States Attorney for the Northern District of Indiana, through

Luke N. Reilander, Assistant United States Attorney, to file the following

Joint Status Report on behalf of both parties, as ordered by the Court. (DE

121).

As reported in the last Joint Status Report (DE 120), a first meeting

between the parties was held on July 20, 2020.  At that meeting, the parties

recognized that additional time was needed for both sides to do further

investigation and inquiry into the unresolved loss and restitution issues

before a second meeting could be held.  The parties have made such

additional inquiries and plan to conduct their second meeting sometime

within the next two weeks.  The parties respectfully request the opportunity

to file a joint status report by September 15, 2020 to advise the Court of that

meeting.

This status report was jointly prepared by the government and counsel

for the Defendant.

Dated: August 14, 2020

Respectfully submitted,

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By:  s/ *Luke N. Reilander*
    Luke N. Reilander
    Assistant United States Attorney
    United States Attorney's Office
    204 S. Main Street, Room M01
    South Bend, Indiana 46601
    Telephone: 574-236-8287
    Email: Luke.Reilander@usdoj.gov