UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-CR-138 JD |
| ) | |
| SVEN ERIC MARSHALL, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Comes now the United States of America by Thomas L. Kirsch II, United States Attorney for the Northern District of Indiana, through Luke N. Reilander, Assistant United States Attorney, to file the following Joint Status Report on behalf of both parties.

The parties last filed a Joint Status Report on August 14, 2020. (D.E. 122). Since that report, a second meeting between the parties was held on September 10, 2020. This second meeting was productive and the parties resolved the majority of the loss and restitution issues. Mr. Marshall continues to have some remaining objections to the government's final actual loss and restitution calculations. The government released its new loss and restitution figures to counsel for the defendant, yesterday, September 14, 2020. The defendant seeks two additional weeks to review these numbers

with counsel.

Once the defendant reviews these final or near final loss/restitution numbers, the parties believe that this case can proceed with the preparation of a new Presentence Report, as contemplated by the Court in its December 20, 2019 order. (See D.E. 74). The parties will communicate with the Probation Office on this next step in the first week of October 2020.

This status report was jointly prepared by the government and counsel for the Defendant.

Dated: September 15, 2020

                                        Respectfully submitted,

                                        THOMAS L. KIRSCH II
                                        UNITED STATES ATTORNEY

                              By: *s/ Luke N. Reilander*
                                        Luke N. Reilander
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        204 S. Main Street, Room M01
                                        South Bend, Indiana 46601
                                        Telephone: 574-236-8287
                                        Email: Luke.Reilander@usdoj.gov